Vernon H. Anderson, Plaintiff-Appellee, v. Board of Education of School District No. 70, Winnebago County, Illinois, Defendant-Appellant.

Gen. No. 10,912. (Abstract of Decision.)

Second District.

April 27, 1956.

Released for publication May 16, 1956.

Henry H. Caldwell, for appellant; Henry H. Caldwell, of counsel; Berry & Simmons, for appellee. Opinion by PRESIDING JUSTICE DOVE. Not to be published in full.